# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

WAYNE R. RICHARDSON,                    )
                                        )
                    Plaintiff,          )
                                        )
        vs.                             )
                                        )        **C05-1353 JCC**
                                        )
DEPARTMENT OF VETERANS AFFAIRS,         )
et al,                                  )
                                        )        **MINUTE ORDER**
                    Defendant.          )

The following Minute Order is made at the direction of the Court, the Honorable

John C. Coughenour, United States District Judge:

The referral order in this matter is hereby transferred to the Honorable Mary Alice Theiler,

United States Magistrate Judge.  The Honorable James P. Donohue, United States Magistrate

Judge, is no longer associated with this case.  All future filing must bear the name of Judge

Theiler, pursuant to the local rules.

Dated this 13th day of March , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**