# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| WAYNE R. RICHARDSON,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>DEPARTMENT OF VETERANS AFFAIRS,  )<br>et al.,  )<br>  )<br>   Defendant.  ) | **C05-1353 JCC**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The referral order of March 13, 2006, is hereby stricken, and the Order of Referral is hereby transferred to the Honorable Monica J. Benton, United States Magistrate Judge.

Dated this 14th day of March , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**